

# Fourth Court of Appeals
## San Antonio, Texas

January 22, 2018

No. 04-17-00760-CR

Gregorio **ROMERO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 3427-B
Honorable Bill R. Palmer, Judge Presiding

# O R D E R

By order dated December 28, 2017, appellant was ordered to show cause in writing by January 11, 2018, why this appeal should not be dismissed for lack of jurisdiction. By order dated January 17, 2018, we granted appellant's request to extend the deadline for his response to January 22, 2018. On January 18, 2018, appellant filed a second motion requesting an additional extension of time to file his response because he did not have access to the reporter's record.

In our order dated December 28, 2017, we questioned our jurisdiction to consider this appeal because appellant did not timely file his notice of appeal. We noted appellant seeks to appeal the trial court's order denying his untimely motion for new trial; however, "[n]o Texas statute authorizes a direct appeal from the denial of a motion for new trial independently of the appeal of an underlying conviction." *Williams v. State*, Nos. 02-17-00249-CR; 02-17-00250-CR & 02-17-00251-CR, 2017 WL 4819417, at *2 (Tex. App.—Fort Worth Oct. 26, 2017, no pet.) (mem. op.; not designated for publication). Therefore, access to the reporter's record is not needed for appellant to respond to our order. Appellant's motion is GRANTED IN PART. Appellant's response to this court's December 28, 2017 order must be filed no later than January 29, 2018.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of January, 2018.



_____

Keith E. Hottle
Clerk of Court